## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| LOWY, individually and as parent and next friend of N.T., <br><br> *Plaintiffs,* <br><br> v. <br><br> DANIEL DEFENSE, LLC, et al. <br><br> *Defendants*. | Civil Action No. 1:23-cv-01338 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Michael Weitzner, attorney of the firm Cooper and Kirk, PLLC, on behalf of Defendant, Magpul Industries Corporation. I am admitted to practice in this court.

Dated: October 18, 2023

Respectfully submitted,

/s/Michael Weitzner
Michael Weitzner, VSB No. 45049
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
mweitzner@cooperkirk.com

*Counsel for Defendant, Magpul Industries Corporation*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2023, a true and correct copy of the forgoing was served electronically via the Court's electronic filing system upon the following counsel of record:

Kathryn Ali (VSB # 97966)
Elizabeth Lockwood
ALI & LOCKWOOD LLP
300 New Jersey Avenue NW, Suite 900
Washington, DC 20001
Phone: 804 697-2000
Fax: (202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com

and

H. Christopher Boehning
Jacobus J. Schutte
Jenifer N. Hartley
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3700
Fax: (212) 757-3990
cboehning@paulweiss.com
jschutte@paulweiss.com
jhartley@paulweiss.com

*Counsel for Plaintiffs*

*/s/ Michael Weitzner*
Michael Weitzner, VSB No. 45049