**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| KAREN LOWY, individually and as parent and next friend of N.T., | |
| Plaintiffs, | |
| v. | Case No. 23-CV-01338 |
| DANIEL DEFENSE, LLC; FAB DEFENSE, INC.; FAB MANUFACTURING & IMPORT OF INDUSTRIAL EQUIPMENT LTD.; BRAVO COMPANY USA, INC.; LOYAL 9 MANUFACTURING, LLC; FOSTECH, INC.; HEARING PROTECTION, LLC; CENTURION ARMS, LLC; MAGPUL INDUSTRIES CORP.; FEDERAL CARTRIDGE COMPANY; VISTA OUTDOOR, INC.; FIOCCHI OF AMERICA, INC.; FIOCCHI MUNIZIONI S.P.A.; STARLINE, INC.; SUREFIRE, LLC; TORKMAG, INC.; and JOHN DOES 1–20, | |
| Defendants. | |

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Defendant Bravo Company USA, Inc., by counsel, will appear before the Court on Friday, **January 19, 2024, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to present its Motion to Dismiss (ECF No. 61).

Dated: November 10, 2023

Respectfully submitted,
BRAVO COMPANY USA, INC.

By:     /s/ *Meredith M. Haynes*   
Meredith M. Haynes
Virginia State Bar No. 80163
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6225
Facsimile: (804) 420-6507
mhaynes@williamsmullen.com

Charles E. James, Jr.
Virginia State Bar No. 46310
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6529
Facsimile: (804) 420-6507
cjames@williamsmullen.com

Jeremy Adelson (*pro hac vice* application pending)
Wisconsin State Bar No. 1065502
HANSEN REYNOLDS LLC
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
Telephone: (414) 326-4043
Facsimile: (414) 273-8476
jadelson@hansenreynolds.com

Alan W. Nicgorski (*pro hac vice* application pending)
Illinois State Bar No. 6243574
HANSEN REYNOLDS LLC
150 S. Wacker Drive, 24th Floor
Chicago, Illinois 60606
Telephone: (312) 265-2253
Facsimile: (414) 273-8476
anicgorski@hansenreynolds.com

Camden Robert Webb (*pro hac vice* application pending)
North Carolina State Bar No. 22374
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
cwebb@williamsmullen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November 2023, I filed the foregoing Notice via the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to the parties of record.

By:       /s/ *Meredith M. Haynes*
          Meredith M. Haynes
          Virginia State Bar No. 80163
          Counsel for Defendant
          WILLIAMS MULLEN
          200 South 10th Street, Suite 1600
          Richmond, Virginia 23219
          Telephone: (804) 420-6225
          Facsimile: (804) 420-6507
          mhaynes@williamsmullen.com