UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAREN LOWY, individually and as parent and next friend of N.T.,<br><br>     Plaintiffs,<br>v.<br><br>DANIEL DEFENSE, LLC, et al.,<br><br>     Defendants. | Case No. 23-CV-01338-CMH-IDD |

**DEFENDANTS' JOINT MOTION FOR A STAY OF DISCOVERY
PENDING RESOLUTION OF THEIR MOTIONS TO DISMISS**

  Defendants,[1] pursuant to Federal Rule of Civil Procedure 26(c), hereby move the Court to stay discovery pending resolution of Defendants' Motions to Dismiss. (Dkt. Nos. 61, 65, 72, 74, 79, 81, 83).[2] The reasons and authority for this Joint Motion are set forth with particularity in the accompanying Memorandum in Support.

  WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support, Defendants respectfully request that the Court grant their Joint Motion for a Stay of Discovery Pending Resolution of Their Motions to Dismiss, pursuant to Federal Rule of Civil Procedure 26(c), and for this Court to enter such other and further relief as this Court deems just and proper.

---

[1] All Defendants who have been served as of today's date (November 15, 2023) and had a response deadline of November 13, 2023 join this motion. Specifically, Bravo Company USA, Inc., Loyal 9 Manufacturing, LLC, FosTech, Inc., Hearing Protection, LLC, Centurion Arms, LLC, Magpul Industries Corp., Federal Cartridge Company, Vista Outdoor, Inc. Fiocchi of America, Inc., SureFire, LLC, and TorkMag, Inc. join this motion. Separately, Plaintiffs voluntarily dismissed their claims against Starline, Inc. on November 9, 2023. (Dkt. Nos. 60, 96).

[2] Daniel Defense, LLC has not yet appeared, but anticipates timely filing its motion to dismiss on November 17, 2023. Daniel Defense has reviewed and agrees with this Joint Motion for a Stay, and anticipates adopting the arguments herein shortly after it appears.

Dated: November 15, 2023  　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRAVO COMPANY USA, INC.

　　　　　　　　　　　　　　　　By:　　/s/ *Meredith M. Haynes*
　　　　　　　　　　　　　　　　　　　Meredith M. Haynes
　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 80163
　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　WILLIAMS MULLEN
　　　　　　　　　　　　　　　　　　　200 South 10th Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　Telephone: (804) 420-6225
　　　　　　　　　　　　　　　　　　　Facsimile: (804) 420-6507
　　　　　　　　　　　　　　　　　　　mhaynes@williamsmullen.com

　　　　　　　　　　　　　　　　　　　Charles E. James, Jr.
　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 46310
　　　　　　　　　　　　　　　　　　　WILLIAMS MULLEN
　　　　　　　　　　　　　　　　　　　200 South 10th Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　Telephone: (804) 420-6529
　　　　　　　　　　　　　　　　　　　Facsimile: (804) 420-6507
　　　　　　　　　　　　　　　　　　　cjames@williamsmullen.com

　　　　　　　　　　　　　　　　　　　Jeremy Adelson (*pro hac vice* application pending)
　　　　　　　　　　　　　　　　　　　Wisconsin State Bar No. 1065502
　　　　　　　　　　　　　　　　　　　HANSEN REYNOLDS LLC
　　　　　　　　　　　　　　　　　　　301 N. Broadway, Suite 400
　　　　　　　　　　　　　　　　　　　Milwaukee, Wisconsin 53202
　　　　　　　　　　　　　　　　　　　Telephone: (414) 326-4043
　　　　　　　　　　　　　　　　　　　Facsimile: (414) 273-8476
　　　　　　　　　　　　　　　　　　　jadelson@hansenreynolds.com

　　　　　　　　　　　　　　　　　　　Alan W. Nicgorski (*pro hac vice* application pending)
　　　　　　　　　　　　　　　　　　　Illinois State Bar No. 6243574
　　　　　　　　　　　　　　　　　　　HANSEN REYNOLDS LLC
　　　　　　　　　　　　　　　　　　　150 S. Wacker Drive, 24th Floor
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Telephone: (312) 265-2253
　　　　　　　　　　　　　　　　　　　Facsimile: (414) 273-8476
　　　　　　　　　　　　　　　　　　　anicgorski@hansenreynolds.com

　　　　　　　　　　　　　　　　　　　Camden Robert Webb (*pro hac vice* application pending)

>North Carolina State Bar No. 22374
>WILLIAMS MULLEN
>301 Fayetteville Street, Suite 1700
>Raleigh, North Carolina 27601
>Telephone: (919) 981-4000
>Facsimile: (919) 981-4300
>cwebb@williamsmullen.com

LOYAL 9 MANUFACTURING, LLC d/b/a SONS OF LIBERTY GUN WORKS, FOSTECH, INC., and CENTURION ARMS, LLC

>*/s/ David C. Bowen*
>David C. Bowen (VSB No. 26771)
>Willcox & Savage, P.C.
>440 Monticello Avenue, Suite 2200
>Norfolk, Virginia 23510
>Telephone: 757.628.5500
>Facsimile: 757.628.5566
>dbowen@wilsav.com
>
>Scott L. Braum (*pro hac vice* to be submitted)
>slb@braumrudd.com
>Timothy R. Rudd
>(*pro hac vice* to be submitted)
>trr@braumrudd.com
>BRAUM|RUDD
>812-C East Franklin Street
>Dayton, OH 45459
>Telephone: (937) 396-0089
>Facsimile: (937) 396-1046
>*Counsel for Loyal 9 Manufacturing, LLC, d/b/a Sons of Liberty Gun Works, FosTecH, Inc., and Centurion Arms, LLC*

HEARING PROTECTION, LLC and TORKMAG, INC.

>*/s/ Nancy J. Goodiel*
>Nancy J. Goodiel (VSB 27578)
>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
>3050 Chain Bridge Road, Suite 300
>Fairfax, VA 22030

3

(703) 352-5175 – Main
(703) 352-1256 – Fax
(703) 539-8062 – Direct
ngoodiel@decarodoran.com

Christopher Renzulli (*pro hac vice* to be filed)
David A. Jones (*pro hac vice* to be filed)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
crenzulli@renzullilaw.com
djones@renzullilaw.com
*Counsel for Defendants Hearing Protection, LLC and TorkMag, Inc.*

MAGPUL INDUSTRIES CORP. and
SUREFIRE, LLC

   */s/Michael Weitzner*
   Michael Weitzner, VSB No. 45049
   David H. Thompson
   Brian W. Barnes
   COOPER & KIRK, PLLC
   1523 New Hampshire Avenue, N.W.
   Washington, D.C. 20036
   Tel: (202) 220-9600
   Fax: (202) 220-9601
   mweitzner@cooperkirk.com
   *Counsel for Defendants Magpul Industries Corp. and SureFire, LLC*

VISTA OUTDOOR, INC. and
FEDERAL CARTRIDGE COMPANY

By:    */s/ Alan D. Bart*
       Alan D. Bart
       Virginia State Bar No. 87300
       REED SMITH LLP
       Riverfront Plaza – West Tower
       901 East Byrd Street, Suite 1900
       Richmond, VA 23219-4068

4

 Telephone:  (804) 344-3400
 Facsimile:  (804) 344-3410
 abart@reedsmith.com

 James B. Vogts (admitted *pro hac vice*)
 Andrew A. Lothson (admitted *pro hac vice*)
 SWANSON, MARTIN & BELL, LLP
 330 N. Wabash, Suite 3300
 Chicago, Illinois 60611
 Telephone: (312) 321-9100
 Facsimile:  (312) 321-0990
 jvogts@smbtrials.com
 alothson@smbtrials.com
 *Counsel for Defendants Vista Outdoor, Inc.*
 *and Federal Cartridge Company*


 FIOCCHI OF AMERICA, INC.

  By Counsel:

  */s/ Andrew N. Cook*
  Andrew N. Cook  (Va. Bar No. 39475)
  **K&L Gates LLP**
  1601 K Street, N.W.
  Washington, DC 20006
  Phone: 202.778.9000
  Andrew.Cook@klgates.com

  Nicholas P. Vari (Pa. Bar No. 59033)
  *(Pro Hac Vice Motion Pending)*
  **K&L Gates LLP**
  K&L Gates Center
  210 Sixth Avenue
  Pittsburgh, PA  15222-2613
  Telephone:  (412) 355-6500
  Facsimile:  (412) 355-6501
  Nicholas.Vari@klgates.com
  *Counsel for Fiocchi of America, Inc.*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November 2023, I filed the foregoing Motion via the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to the parties of record.

By:   /s/ *Meredith M. Haynes*
Meredith M. Haynes
Virginia State Bar No. 80163
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6225
Facsimile: (804) 420-6507
mhaynes@williamsmullen.com

6