UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAREN LOWY, individually and as parent and next friend of N.T.,<br><br>    Plaintiffs,<br>v.<br><br>DANIEL DEFENSE, LLC, et al.,<br><br>    Defendants. | Case No. 23-CV-01338-CMH-IDD |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned Defendants, by counsel, will appear before the Court on Friday, **January 19, 2024, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to present their Joint Motion for a Stay of Discovery Pending Resolution of Their Motions to Dismiss (ECF No. 101).

Dated: November 15, 2023

          Respectfully submitted,

          BRAVO COMPANY USA, INC.

          By: /s/ *Meredith M. Haynes*
              Meredith M. Haynes
              Virginia State Bar No. 80163
              Counsel for Defendant
              WILLIAMS MULLEN
              200 South 10th Street, Suite 1600
              Richmond, Virginia 23219
              Telephone: (804) 420-6225
              Facsimile: (804) 420-6507
              mhaynes@williamsmullen.com

              Charles E. James, Jr.
              Virginia State Bar No. 46310
              WILLIAMS MULLEN
              200 South 10th Street, Suite 1600
              Richmond, Virginia 23219
              Telephone: (804) 420-6529

Facsimile: (804) 420-6507
cjames@williamsmullen.com
Jeremy Adelson (*pro hac vice* application pending)
Wisconsin State Bar No. 1065502
HANSEN REYNOLDS LLC
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
Telephone: (414) 326-4043
Facsimile: (414) 273-8476
jadelson@hansenreynolds.com

Alan W. Nicgorski (*pro hac vice* application pending)
Illinois State Bar No. 6243574
HANSEN REYNOLDS LLC
150 S. Wacker Drive, 24th Floor
Chicago, Illinois 60606
Telephone: (312) 265-2253
Facsimile: (414) 273-8476
anicgorski@hansenreynolds.com

Camden Robert Webb (*pro hac vice* application pending)
North Carolina State Bar No. 22374
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
cwebb@williamsmullen.com


LOYAL 9 MANUFACTURING, LLC d/b/a SONS OF LIBERTY GUN WORKS, FOSTECH, INC., and CENTURION ARMS, LLC

*/s/ David C. Bowen*
David C. Bowen (VSB No. 26771)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
dbowen@wilsav.com

2

        Scott L. Braum (*pro hac vice* to be submitted)
slb@braumrudd.com
Timothy R. Rudd
(*pro hac vice* to be submitted)
trr@braumrudd.com
BRAUM|RUDD
812-C East Franklin Street
Dayton, OH 45459
Telephone: (937) 396-0089
Facsimile: (937) 396-1046
*Counsel for Loyal 9 Manufacturing, LLC, d/b/a Sons of Liberty Gun Works, FosTecH, Inc., and Centurion Arms, LLC*

HEARING PROTECTION, LLC and TORKMAG, INC.

    */s/ Nancy J. Goodiel*
Nancy J. Goodiel (VSB 27578)
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
3050 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-5175 – Main
(703) 352-1256 – Fax
(703) 539-8062 – Direct
ngoodiel@decarodoran.com

Christopher Renzulli (*pro hac vice* to be filed)
David A. Jones (*pro hac vice* to be filed)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
crenzulli@renzullilaw.com
djones@renzullilaw.com
*Counsel for Defendants Hearing Protection, LLC and TorkMag, Inc.*

3

        MAGPUL INDUSTRIES CORP. and
        SUREFIRE, LLC

            */s/Michael Weitzner*
            Michael Weitzner, VSB No. 45049
            David H. Thompson
            Brian W. Barnes
            COOPER & KIRK, PLLC
            1523 New Hampshire Avenue, N.W.
            Washington, D.C. 20036
            Tel: (202) 220-9600
            Fax: (202) 220-9601
            mweitzner@cooperkirk.com
            *Counsel for Defendants Magpul Industries Corp. and SureFire, LLC*


        VISTA OUTDOOR, INC. and
        FEDERAL CARTRIDGE COMPANY

By:    */s/ Alan D. Bart*
            Alan D. Bart
            Virginia State Bar No. 87300
            REED SMITH LLP
            Riverfront Plaza – West Tower
            901 East Byrd Street, Suite 1900
            Richmond, VA 23219-4068
            Telephone: (804) 344-3400
            Facsimile: (804) 344-3410
            abart@reedsmith.com

            James B. Vogts (admitted *pro hac vice*)
            Andrew A. Lothson (admitted *pro hac vice*)
            SWANSON, MARTIN & BELL, LLP
            330 N. Wabash, Suite 3300
            Chicago, Illinois 60611
            Telephone: (312) 321-9100
            Facsimile: (312) 321-0990
            jvogts@smbtrials.com
            alothson@smbtrials.com
            *Counsel for Defendants Vista Outdoor, Inc. and Federal Cartridge Company*

FIOCCHI OF AMERICA, INC.

By Counsel:

/s/ Andrew N. Cook
Andrew N. Cook  (Va. Bar No. 39475)
**K&L Gates LLP**
1601 K Street, N.W.
Washington, DC 20006
Phone: 202.778.9000
Andrew.Cook@klgates.com

Nicholas P. Vari (Pa. Bar No. 59033)
*(Pro Hac Vice Motion Pending)*
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222-2613
Telephone:  (412) 355-6500
Facsimile:  (412) 355-6501
Nicholas.Vari@klgates.com
*Counsel for Fiocchi of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November 2023, I filed the foregoing Notice via the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to the parties of record.

By:    /s/ *Meredith M. Haynes*
Meredith M. Haynes
Virginia State Bar No. 80163
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6225
Facsimile: (804) 420-6507
mhaynes@williamsmullen.com