**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

KAREN LOWY, INDIVIDUALLY AND AS
PARENT AND NEXT FRIEND OF  N.T.,

      Plaintiff,

  v.

DANIEL DEFENSE, LLC, ET AL.,

      Defendant.

Case No. 1:23-cv-01338-CMH-IDD

## NOTICE OF HEARING

NOW COME Defendant, Daniel Defense, LLC, by counsel, will appear before the Court

on Friday,  **January 19, 2024, at 10:00 am.,** or as soon thereafter as counsel may be heard, to

present its Motion to Dismiss (ECF No. 109).

Dated:  November 16, 2023

Respectfully submitted,

By:   /s/ David C. Bowen

    David C. Bowen
    (VSB No. 26771)
    Willcox & Savage, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510
    Telephone:  757.628.5500
    Facsimile:   757.628.5566
    dbowen@wilsav.com

I-2677904.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Dated: November  16, 2023

*/s/ David C. Bowen*

2

I-2677904.1