# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:23-cv-01338____, Case Name Lowy v. Daniel Defense, LLC et al.____

Party Represented by Applicant: Plaintiffs Karen Lowy (individually and as next friend of N.T.) and Antonio Harris

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Jenifer Nicole Hartley____

Bar Identification Number 5943774____    State New York____

Firm Name Paul, Weiss, Rifkind, Wharton & Garrison LLP____    FAX # 212-492-0781____

Firm Phone # 212-373-3000____    Direct Dial # 212-373-3781____

E-Mail Address jhartley@paulweiss.com____

Office Mailing Address 1285 Avenue of the Americas, New York, NY 10019-6064____

Name(s) of federal district court(s) in which I have been admitted S.D.N.Y.____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

_____    1/11/24
(Signature)                        (Date)

Kathryn Ali                        97966
(Typed or Printed Name)            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____    _____
(Judge's Signature)                (Date)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2024, I caused true and correct copies of the foregoing Application to Qualify as a Foreign Attorney Under Local Civil Rule 83.1(E) and Local Criminal Rule 57.4(E) to be served electronically via ECF to all counsel of record, and via U.S. Mail First Class on the remaining Defendants.

By: */s/ Kathryn Ali*