UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KAREN LOWY, et al.,

    *Plaintiffs*,

v.

DANIEL DEFENSE, LLC, et al.,

    *Defendants*.

No. 1:23-cv-01338-CMH-IDD

(1:23-cv-01501)

**MEMORANDUM IN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

The undersigned Defendants oppose Plaintiffs' Motion for Leave to File Notice of Supplemental Authority (Dkt. 181, "Motion")) because Plaintiffs' Notice of Supplemental Authority (Dkt. 182-1, "Notice") and Memorandum in Support of Their Motion for Leave to File Notice of Supplemental Authority (Dkt. 182, "Memorandum") improperly assert argument in violation of Local Civil Rule 7(F)(1) which prohibits additional briefing "without first obtaining leave of Court." Further, these filings violate the standard for notices of supplemental authority. *See Ashghari-Kamrani v. United Servs. Auto. Ass'n,* No. 2:15-CV-478, 2016 WL 8253884, at *2 (E.D. Va. Mar. 18, 2016) (noting the standard for a notice of supplemental authority is that it "contain no legal argument" and alert the Court to a previously unavailable case); *see also Ashghari-Kamrani v. United Servs. Auto. Ass'n*, No. 2:15-CV-478, slip op. at 2 (E.D. Va. Mar. 9, 2016) (collecting cases and holding "[i]t is improper to assert argument regarding cited authority when filing" a notice of supplemental authority); *United Broad. Corp. v. Miami Tele-Commc'ns, Inc.*, 140 F.R.D. 12, 13 (S.D. Fla. 1991) ("[A] 'notice of supplemental authority' that raises an argument that is not in defendant's previous memorandum in opposition is in fact an attempt at a

sur-response, which is not permitted in the absence of court order."). In short, Plaintiffs' Memorandum and Notice constitute an improper sur-response. The Court should deny Plaintiffs' motion and disregard and strike all argument in the Memorandum and Notice.[1] In the alternative, in the event the Court grants Plaintiffs' Motion and enters the Notice, the undersigned Defendants respectfully request leave to respond to Plaintiffs' arguments.

As explained in *Ashghari-Kamrani*, "Notices of Supplemental Authority that . . . abide by the standard—meaning **contain no legal argument** and alert the Court to a case that was unavailable at the time of pleading—are common practice." No. 2:15-CV-478, 2016 WL 8253884, at *2 (E.D. Va. Mar. 18, 2016) (emphasis added). But Plaintiffs' Notice does not comport with that standard. Indeed, almost the entirety of Plaintiffs' Notice consists of argument, which is improper. (Dkt. 182-1 at 3–4); *see also Ashghari-Kamrani*, No. 2:15-CV-478, slip op. at 2 (citing *McGee v. Cole*, 993 F. Supp. 2d 639, 644 (S.D.W.Va. 2014)). Plaintiffs' Motion should be denied, and their improper argument stricken. *Ashghari-Kamrani*, No. 2:15-CV-478, slip op. at 3; *see also McGee*, 993 F. Supp. 2d at 644.

Moreover, memoranda that are "in fact attempts at a sur-response" should also be disregarded and stricken. *Ashghari-Kamrani*, No. 2:15-CV-478, slip op. at 2 (citing *United Broad. Corp. v. Miami Tele-Commc'ns, Inc.*, 140 F.R.D. 12, 13 (S.D. Fla. 1991); *see also Legal Seafoods LLC v. Strathmore Ins. Co.*, 517 F.Supp.3d 32, 33 (D. Mass. 2021) (citing same). Both Plaintiffs' Notice and Memorandum are unabashed attempted sur-responses in violation of Local Civil Rule 7(F)(1). (Dkts. 182; 182–1). Both include more than two pages of argument based on Plaintiffs' (mis)characterization of the First Circuit's holding in *Estados Unidos Mexicanos v. Smith &*

---

[1] To be clear, the undersigned Defendants do not oppose a proper notice of supplemental authority and the Court's consideration of the underlying authority itself. The undersigned Defendants only oppose Plaintiffs' improper argument contained in their Memorandum and Notice.

*Wesson Brands, Inc.*, No. 22-1823 (1st Cir. Jan. 22, 2024). Such improper argument mandates denial of Plaintiffs' motion and should be stricken.

If granted leave to respond to Plaintiffs' arguments, the undersigned Defendants would provide the Court with a comprehensive analysis of *Estados Unidos Mexicanos* explaining why that case does not support Plaintiffs' arguments and how, in fact, that case supports several of the undersigned Defendants' bases to dismiss Plaintiffs' claims against them. Regardless, Plaintiffs' arguments are facially defective. Indeed, there can be no merit to Plaintiffs' claims that the First Circuit "expressly rejected" Defendants' arguments when that court was considering different operative facts and pleadings, and deciding legal issues specific to what was pled in that case.

Accordingly, the undersigned Defendants respectfully request that the Court deny Plaintiffs' Motion for Leave to File Notice of Supplemental Authority (Dkt. 181) because Plaintiffs' Notice of Supplemental Authority (Dkt. 182-1) and Memorandum in Support of Their Motion for Leave to File Notice of Supplemental Authority (Dkt. 182) include improper argument and are improper attempted sur-responses, and further request that the Court disregard and strike Plaintiffs' improper arguments. In the alternative, if the Court should grant Plaintiffs' Motion for Leave to File Notice of Supplemental Authority, the undersigned Defendants respectfully request leave to respond to Plaintiffs' arguments.

Dated: February 6, 2024.                                  Respectfully submitted,

                                      DANIEL DEFENSE, LLC

                                      By*:*     */s/ David C. Bowen*
                                              David C. Bowen (26771)
                                              WILCOX SAVAGE
                                              440 Monticello Ave., Suite 2200
                                              Norfolk, Virginia 23510
                                              Telephone: 757.628.5500
                                              dbowen@wilsav.com

        Scott L. Braum (admitted *pro hac vice*)
        BRAUM RUDD
        812 East Franklin St.
        Dayton, Ohio 45459
        Telephone: 937.396.0089
        slb@braumlaw.com

        V.R. Bohman (admitted *pro hac vice*)
        SNELL &WILMER, LLP
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, Nevada 89169
        Telephone: 702.784.5200

        Cameron J. Schlagel (admitted *pro hac vice*)
        SNELL &WILMER, LLP
        600 Anton Blvd, Suite 1400
        Costa Mesa, California 92626-7689
        Telephone: 714.427.7000
        vbohman@swlaw.com
        cschlagel@swlaw.com
        *Attorneys for Defendant*
        *Daniel Defense, LLC*

BRAVO COMPANY USA, INC.

By:   /s/ *Meredith M. Haynes*
        Meredith M. Haynes
        Virginia State Bar No. 80163
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6225
        mhaynes@williamsmullen.com

        Charles E. James, Jr.
        Virginia State Bar No. 46310
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6529
        cjames@williamsmullen.com

        Jeremy Adelson (admitted *pro hac vice*)
        Wisconsin State Bar No. 1065502
        HANSEN REYNOLDS LLC

        301 N. Broadway, Suite 400
        Milwaukee, Wisconsin 53202
        Telephone: (414) 326-4043
        jadelson@hansenreynolds.com

        Alan W. Nicgorski (admitted *pro hac vice*)
        Illinois State Bar No. 6243574
        HANSEN REYNOLDS LLC
        150 S. Wacker Drive, 24th Floor
        Chicago, Illinois 60606
        Telephone: (312) 265-2253
        anicgorski@hansenreynolds.com

        Camden R. Webb (admitted *pro hac vice*)
        North Carolina State Bar No. 22374
        WILLIAMS MULLEN
        301 Fayetteville Street, Suite 1700
        Raleigh, North Carolina 27601
        Telephone: (919) 981-4000
        cwebb@williamsmullen.com


VISTA OUTDOOR, INC. and
FEDERAL CARTRIDGE COMPANY

By:    */s/* James B. Vogts
        James B. Vogts (admitted *pro hac vice*)
        Andrew A. Lothson (admitted *pro hac vice*)
        SWANSON, MARTIN & BELL, LLP
        330 N. Wabash, Suite 3300
        Chicago, Illinois 60611
        Telephone: (312) 321-9100
        jvogts@smbtrials.com
        alothson@smbtrials.com

        Alan D. Bart
        Virginia State Bar No. 87300
        REED SMITH LLP
        Riverfront Plaza – West Tower
        901 East Byrd Street, Suite 1900
        Richmond, VA 23219-4068
        Telephone: (804) 344-3400
        abart@reedsmith.com
        *Counsel for Defendants Vista Outdoor, Inc.*
        *and Federal Cartridge Company*

LOYAL 9 MANUFACTURING, LLC d/b/a SONS OF LIBERTY GUN WORKS, FOSTECH, INC., and CENTURION ARMS, LLC

By: /s/ *David C. Bowen*
David C. Bowen (VSB No. 26771)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
dbowen@wilsav.com

Scott L. Braum (admitted *pro hac vice*)
Timothy R. Rudd (admitted *pro hac vice*)
BRAUM|RUDD
812-C East Franklin Street
Dayton, OH 45459
Telephone: (937) 396-0089
slb@braumrudd.com
trr@braumrudd.com
*Counsel for Loyal 9 Manufacturing, LLC, d/b/a Sons of Liberty Gun Works, FosTecH, Inc., and Centurion Arms, LLC*

HEARING PROTECTION, LLC and TORKMAG, INC.

By: */s/ Nancy J. Goodiel*
Nancy J. Goodiel (VSB 27578)
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
3050 Chain Bridge Road, Suite 300
Fairfax, VA 22030
Telephone: (703) 352-5175
ngoodiel@decarodoran.com

Christopher Renzulli (admitted *pro hac vice*)
David A. Jones (admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
crenzulli@renzullilaw.com
djones@renzullilaw.com
*Counsel for Defendants Hearing Protection, LLC and TorkMag, Inc.*

FIOCCHI OF AMERICA, INC.

By:    */s/ Andrew N. Cook*_____
       Andrew N. Cook (Va. Bar No. 39475)
       K&L Gates LLP
       1601 K Street, N.W.
       Washington, DC 20006
       Telephone: 202.778.9000
       Andrew.Cook@klgates.com

       Nicholas P. Vari (Pa. Bar No. 59033)
       (Admitted *pro hac vice*)
       K&L Gates LLP
       210 Sixth Avenue
       Pittsburgh, PA 15222-2613
       Telephone: (412) 355-6500
       Nicholas.Vari@klgates.com
       *Counsel for Fiocchi of America, Inc.*

FAB DEFENSE, INC.

By:    /s/ *Abram J. Pafford*
       Abram J. Pafford (VSB No. 79999)
       Emily E. Kelley (VSB No. 96252)
       MCGUIREWOODS LLP
       888 16th Street N.W., Suite 500
       Washington, DC 20006
       Telephone: (202) 857-1700
       apafford@mcguirewoods.com
       ekelley@mcguirewoods.com

       Harley Goldstein (admitted *pro hac vice*)
       Daniel C. Curth (admitted *pro hac vice* )
       GOLDSTEIN & MCCLINTOCK, LLLP
       111 W. Washington Street, Suite 1221
       Chicago, IL 60602
       Telephone: (312) 337-7700
       harleyg@goldmclaw.com
       danc@goldmclaw.com
       *Counsel for Defendant FAB Defense, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of February 2024, I filed the foregoing via the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to the parties of record.

                                  By:    */s/ David C. Bowen*
                                           David C. Bowen (26771)
                                           WILCOX SAVAGE
                                           440 Monticello Ave., Suite 2200
                                           Norfolk, Virginia 23510
                                           Telephone: 757.628.5500
                                           dbowen@wilsav.com
                                           *Counsel for Defendant*
                                           *Daniel Defense, LLC*