# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| KAREN LOWY, individually and as parent and next friend of N.T., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL DEFENSE, LLC, et al., <br><br> Defendants. | Case No. 1:23-cv-1338-CMH-IDD |

## NOTICE OF HEARING

Please take notice that on Friday, April 12, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant FAB Manufacturing & Import of Industrial Equipment, Ltd. will present oral argument in support of its Motion to Set Aside the Clerk's Entry of Default.

Dated: March 12, 2024

Respectfully submitted,

**FAB MANUFACTURING & IMPORT OF INDUSTRIAL EQUIPMENT LTD.**
*By Counsel*

/s/ *Abram J. Pafford*
Abram J. Pafford (VSB No. 79999)
Emily E. Kelley (VSB No. 96252)
**MCGUIREWOODS LLP**
888 16th Street N.W. Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
apafford@mcguirewoods.com
ekelley@mcguirewoods.com

Daniel C. Curth (admitted *pro hac vice*)
**GOLDSTEIN & MCCLINTOCK, LLLP**
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
danc@goldmclaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of March, 2024, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

*/s/ Abram J. Pafford*
Abram J. Pafford (VSB No. 79999)
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006
Telephone: (202) 857-1725
Facsimile: (202) 828-3350
E-mail: apafford@mcguirewoods.com