IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAREN LOWY, individually as parent and next friend of N.T.<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL DEFENSE, LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1338 CMH/IDD<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that the Motion to Set Aside Clerk's Entry of Default ("Motion") [Dkt. No. 198] is **GRANTED.** The Clerk's Entry of Default [Dkt. No. 194] is hereby set aside. It is further

ORDERED that Plaintiffs' request for sanctions is **GRANTED in part.** Defendant FAB Manufacturing & Import of Industrial Equipment shall pay Plaintiffs' reasonable attorneys' fees and costs expended in opposing this Motion.

ENTERED this 12th day of April 2024.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge