# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

KAREN LOWY, individually and as parent and next friend of N.T., AND ANTONIO HARRIS,

    *Plaintiffs,*

    *v.*

DANIEL DEFENSE, LLC, et al.,

    *Defendants.*

Case No. 1:23-cv-01338-CMH-IDD
(1:23-cv-01501)

## NOTICE OF APPEAL

Plaintiffs Karen Lowy, individually and as parent and next friend of N.T., and Antonio Harris (collectively, Plaintiffs) appeal to the United States Court of Appeals for the Fourth Circuit from the order granting Defendants Daniel Defense, LLC's; FAB Defense, Inc.'s; FAB Manufacturing & Import of Industrial Equipment Ltd.'s; Bravo Company USA, Inc.'s; Loyal 9 Manufacturing, LLC's; FosTecH, Inc.'s; Hearing Protection, LLC's; Centurion Arms, LLC's; Magpul Industries Corp.'s; Federal Cartridge Company's; Vista Outdoor, Inc.'s; Fiocchi of America, Inc.'s; Fiocchi Munizioni S.p.A.'s; Surefire, LLC's; and Torkmag, Inc.'s motions to dismiss Plaintiffs' complaints,[1] entered on July 24, 2024.  ECF No. 242.

---

[1] Plaintiff Antonio Harris's case was filed in the U.S. District Court for the Eastern District of Virginia on November 5, 2023 and assigned case number 1:23-cv-01501.  The Court consolidated Plaintiffs' cases under case number 1:23-cv-01338, which was originally assigned to Ms. Lowy's case, on December 19, 2023.  ECF No. 155.  The Court's July 24, 2024 Order, ECF No. 242, grants all Defendants' motions to dismiss as to all claims of all Plaintiffs.  Plaintiffs appeal this Order in its entirety.

2

Dated: August 22, 2024

Respectfully Submitted,

<u>/s/ Kathryn Ali</u>
**ALI & LOCKWOOD LLP**
Kathryn Ali (VSB # 97966)
Elizabeth Lockwood*
Meghan Palmer*
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
Phone: (202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
H. Christopher Boehning*
Jacobus J. Schutte*
Jenifer N. Hartley*
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3700
cboehning@paulweiss.com
jschutte@paulweiss.com
jhartley@paulweiss.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2024, I caused true and correct copies of the foregoing Notice of Appeal to be served electronically via ECF to all counsel of record.

By: */s/ Kathryn Ali*