# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

KAREN LOWY, individually and as parent
and next friend of N.T.,

        Plaintiffs,

v.

DANIEL DEFENSE, LLC, et al.,

        Defendants.

No. 1:23-cv-01338-CMH-IDD
No. 1:23-cv-01501-CMH-IDD

## NOTICE OF APPEARANCE

To the Clerk of this Court and all the parties of record:

Please note the appearance of Elizabeth V. Husebo, Esquire, as counsel for Federal Cartridge Company, Vista Outdoor, Inc., and Fiocchi of America in the above-captioned matter. I certify that I am admitted to practice in this Court.  Please include the undersigned on all pleadings and correspondence relating to this matter.

US_ACTIVE-211066519.v1-

FEDERAL CARTRIDGE COMPANY
VISTA OUTDOOR, INC.
FIOCCHI OF AMERICA

By Counsel

*/s/ Elizabeth V. Husebo*
Elizabeth V. Husebo (VSB No. 96015)
REED SMITH LLP
7900 Westpark Drive
Suite T700
McLean, VA  22102
Telephone: 703-641-4200
Facsimile: 703-641-4340
ehusebo@reedsmith.com

*Counsel for Defendants Federal Cartridge*
*Company, Vista Outdoor, Inc.*
*and Fiocchi of America*

James B. Vogts
Andrew A. Lothson
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
Telephone: (312) 321-9100
Facsimile: (312) 321-0990
jvogts@smbtrials.com
alothson@smbtrials.com

*Counsel for Defendants Federal Cartridge*
*Company and Vista Outdoor, Inc.*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, a true and accurate copy of the foregoing was filed

with the Clerk of the Court and served on counsel of record using the CM/ECF system.

*/s/ Elizabeth V. Husebo*
Elizabeth V. Husebo (VSB No. 96015)
*Counsel for Defendants Federal Cartridge*
*Company, Vista Outdoor, Inc., and*
*Fiocchi of America*