UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

KAREN LOWY, individual and as parent and    :
next friend of N.T.,    :
   :
      Plaintiffs,    :
   :   Case No. 1:23cv-01338-MSN-IDD
      v.    :   (1:23cv-01501)
   :
DANIEL DEFENSE, LLC; FAB DEFENSE,    :
INC.; FAB MANUFACTURING & IMPORT    :
OF INDUSTRIAL EQUIPMENT LTD.;    :
BRAVO COMPANY USA, INC.; LOYAL 9    :
MANUFACTURING, LLC; FOSTECH, INC.;    :
HEARING PROTECTION, LLC;    :
CENTURION ARMS, LLC; MAGPUL    :
INDUSTRIES CORP.; FEDERAL    :
CARTRIDGE COMPANY; VISTA    :
OUTDOOR, INC.; FIOCCHI OF AMERICA,    :
INC.; FIOCCHI MUNIZIONI S.P.A.;    :
STARLINE, INC.; SUREFIRE, LLC;    :
TORKMAG, INC.; and JOHN DOES 1-20,    :
   :
      Defendants.    :

ANTONIO HARRIS,    :
   :
      Plaintiff,    :
   :   Case No. 1:23cv-01338-MSN-IDD
      v.    :   (1:23cv-01501)
   :
DANIEL DEFENSE, LLC, et al.,    :
   :
      Defendants.    :

### NOTICE OF DISMISSAL OF DEFENDANT
### FIOCCHI MUNIZIONI S.p.A. WITH PREJUDICE

Plaintiffs Karen Lowy, individual and as parent and next friend of N.T. and Antonio Harris,

through counsel, and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby submit their Notice of

Dismissal with prejudice of Fiocchi Munizioni S.p.A. in and from the above-captioned actions.

- 1 -

Fiocchi Munizioni S.p.A., therefore, is dismissed from the above-captioned litigations with prejudice. To date, no party has filed an Answer or a Motion for Summary Judgment and therefore, dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) is authorized.

Date: April 20, 2026                    Respectfully submitted,

                            /s/ Kathryn Ali
                            **ALI & LOCKWOOD LLP**
                            Kathryn Ali (VSB # 97966)
                            Elizabeth Lockwood (*Admitted Pro Hac Vice Dkt. No. 56*)
                            501 H Street NE, Suite 200
                            Washington, D.C. 20001
                            Phone: (202) 651-2476
                            katie.ali@alilockwood.com
                            liz.lockwood@alilockwood.com

                            **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                            H. Christopher Boehning (*Admitted Pro Hac Vice Dkt. No. 136*)
                            Jacobus J. Schutte (*Admitted Pro Hac Vice Dkt. No. 137*)
                            Parnia Zahedi (*Pro Hac Vice* Application Forthcoming)
                            1285 Avenue of the Americas
                            New York, NY 10019
                            Phone: (212) 373-3700
                            Fax: (212) 757-3990
                            cboehning@paulweiss.com
                            jschutte@paulweiss.com
                            pzahedi@paulweiss.com

                            *Attorneys For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the preceding document was served via electronic means, on the 20th day of April, 2026, upon counsel of record.

*/s/ Kathryn Ali*
**ALI & LOCKWOOD LLP**
Kathryn Ali (VSB # 97966)
Elizabeth Lockwood (*Admitted Pro Hac Vice Dkt. No. 56*)
501 H Street NE, Suite 200
Washington, D.C. 20002
Phone: (202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com