IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF VIRGINIA
Alexandria Division

KAREN LOWY, individually and as a parent    )
And next friend of N.T.,    )
   )
              Plaintiff,    )
   )
v.    )   Civil Action No. 1:23-cv-01338 (MSN/IDD)
   )
DANIEL DEFENSE, LLC, *et al.*,    )
   )
              Defendants.    )
_____    )

## ORDER

This matter is before the Court Plaintiff's Motion to Reconsider Order Striking Plaintiffs' Reply Brief or, in the Alternative, for Clarification Concerning Whether this Court Considers Cover Pages, Tables, and Certificates as Falling Within the Page Limits Set By the Local Rules, and For Leave to File a Corrected Brief if so [Dkt. No. 284] ("Motion for Reconsideration and Clarification"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion for Reconsideration and Clarification, it is hereby

ORDERED that the Motion for Reconsideration and Clarification is **GRANTED in part and DENIED in part**. The Court grants the Motion for Reconsideration and Clarification to provide clarity regarding this Court's May 28, 2026, Order. The Court properly found that striking Plaintiff's Reply Memorandum of Law in Support of Motion for Leave to file First Amended and Consolidated Complaint [Dkt. No. 282] ("Reply Brief") was required because it is over the page limit set by Local Civil Rules of this Court. As previously stated in this Court's May 28, 2026 Order, Local Civil Rule 7(F)(3) of this Court

provides that

> All briefs, including footnotes, shall be written in 12 point Roman style or 10 pitch Courier style with one inch margins. Except for good cause shown in advance of filing, opening and responsive briefs, **exclusive of affidavits and supporting documentation**, shall not exceed thirty (30) 8-1/2 inch x 11 inch pages double-spaced and rebuttal briefs shall not exceed twenty (20) such pages.

All pages and information contained in the rebuttal brief count towards the twenty (20) page limit, including charts, diagrams, the table of contents and authorities, title pages, and certificates of service. Plaintiff's Reply Brief is currently twenty-eight (28) pages long and the Plaintiff did not seek prior approval from the Court to file excess pages. It is further

ORDERED that Plaintiff may file a revised version of Plaintiff's Reply Brief that is complaint with Local Civil Rule 7(F)(3) no later than close of business June 3, 2026. It is further

ORDERED that all parties shall ensure that any future motions and briefs submitted thereto adhere to the page limits and all other procedure requirements set by the Local Civil Rules of this Court. Failure to do so can result in having such filings stricken from the record.

ENTERED this 1st day of June 2026.

_____/s/_____

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia