**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| KAREN LOWY, Individually and as Parent and Next Friend of N.T., | : | |
| Plaintiff, | : | |
| v. | : | NO. 1:23-CV-1338-CMH-IDD<br>NO. 1:23-CV-1501-MSN-IDD |
| DANIEL DEFENSE, LLC, *et al.*, | : | |
| Defendants. | : | |

**CONSENT MOTION FOR SUBSTITUTION OF COUNSEL AND TO WITHDRAW APPEARANCES OF PRIOR COUNSEL**

Defendants FAB Defense, Inc. ("FAB Defense"), and FAB Manufacturing & Import of Industrial Equipment Ltd. ("FAB Manufacturing & Import") (collectively, the "FAB Defendants"), by counsel, respectfully move this Court for entry of an order substituting David C. Bowen and Forrest M. Via of Willcox & Savage, P.C., as counsel of record for the FAB Defendants in place of McGuireWoods LLP and attorneys Abram John Pafford and Emily Kelley (the "McGuireWoods LLP attorneys" or "McGuireWoods LLP counsel") and Goldstein & McClintock LLLP and attorneys Daniel C. Curth and Harley Justin Goldstein (the "Goldstein & McClintock LLLP attorneys" or "Goldstein & McClintock LLLP counsel"), who have previously appeared on behalf of one or both FAB Defendants as described below, and permitting those prior counsel and their law firms to withdraw their appearances for one or both FAB Defendants, and, in support thereof, state as follows:

1. David C. Bowen and Forrest M. Via of Willcox & Savage, P.C. have entered appearances in this action as counsel for FAB Defense and FAB Manufacturing & Import. (*See* ECF

Nos. 274, 275, 278, 279.)

2. The FAB Defendants seek to substitute Mr. Bowen, Mr. Via, and Willcox & Savage, P.C., as their counsel in this action in place of their prior counsel from McGuireWoods LLP and/or Goldstein & McClintock LLLP.

3. The McGuireWoods LLP attorneys whose appearances should be withdrawn for both FAB Defendants are Abram John Pafford and Emily Kelley.

4. The Goldstein & McClintock LLLP attorneys whose appearances should be withdrawn for FAB Defense are Daniel C. Curth and Harley Justin Goldstein.

5. The requested substitution and withdrawal will not leave either FAB Defendant unrepresented. Mr. Bowen and Mr. Via are members of the bar of this Court and have already appeared for the FAB Defendants.

6. Local Civil Rule 83.1(H) provides that no attorney who has entered an appearance in a civil action may withdraw such appearance, or have it stricken from the record, except by order of the Court and after reasonable notice to the party on whose behalf the attorney has appeared.

7. The FAB Defendants have been provided reasonable notice of, and expressly consent to, the requested substitution of Mr. Bowen, Mr. Via, and Willcox & Savage, P.C., as counsel of record and the withdrawal of the prior McGuireWoods LLP and Goldstein & McClintock LLLP counsel, and their law firms, as identified in this Motion.

8. The McGuireWoods LLP counsel and Goldstein & McClintock LLLP counsel have also consented to the requested withdrawal and substitution, as shown by their signatures below.

9. The requested substitution and withdrawal will not prejudice any party, will not delay these proceedings, and will promote the orderly administration of this case by ensuring that the

docket accurately reflects the FAB Defendants' current counsel of record.

10. Upon entry of an order granting this Motion, the FAB Defendants respectfully request that the Clerk terminate the appearances of Abram John Pafford, Emily Kelley, Daniel C. Curth, and Harley Justin Goldstein, as well as McGuireWoods LLP and Goldstein & McClintock LLLP, as counsel of record for FAB Defense and Abram John Pafford, Emily Kelley, and McGuireWoods LLP as counsel of record for FAB Manufacturing & Import and remove them from electronic service for the FAB Defendants in this action.

11. A proposed Order granting this Motion is attached hereto as **Exhibit A**.

WHEREFORE, the FAB Defendants respectfully request that the Court grant this Motion, substitute David C. Bowen and Forrest M. Via of Willcox & Savage, P.C., as counsel of record for FAB Defense, Inc., and FAB Manufacturing & Import of Industrial Equipment Ltd., permit the withdrawal of prior McGuireWoods LLP and Goldstein & McClintock LLLP counsel identified above, as well as their law firms, and grant such other and further relief as the Court deems just and proper.

Dated: September 1, 2026

Respectfully submitted,

FAB DEFENSE, INC., and FAB MANUFACTURING & IMPORT OF INDUSTRIAL EQUIPMENT LTD.

By: */s/ Forrest M. Via*
David C. Bowen (VSB No. 26771)
Forrest M. Via (VSB No. 98853)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566

dbowen@wilsav.com
fvia@wilsav.com
*Counsel for FAB Defense, Inc., and FAB Manufacturing & Import of Industrial Equipment Ltd.*

Consented to by Withdrawing Counsel:

By: */s/ Abram John Pafford*
Abram John Pafford
(VSB No. 79999)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 857-1725
Facsimile: (202) 828-3350
apafford@mcguirewoods.com

By: */s/ Emily Kelley*
Emily Kelley
(VSB No. 96252)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 857-1708
Facsimile: (202) 828-2988
ekelley@mcguirewoods.com

*Withdrawing Counsel for FAB Defense, Inc. and FAB Manufacturing & Import of Industrial Equipment Ltd.*

By: */s/ Daniel C. Curth*
Daniel C. Curth
(admitted pro hac vice)
Tucker Ellis LLP
233 South Wacker Drive
Suite 6950
Chicago, IL 60606-6395
Telephone: 312.256.9438
Facsimile: 312.624.6309
daniel.curth@tuckerellis.com

By: */s/ Harley Justin Goldstein*
Harley Justin Goldstein
(admitted pro hac vice)
Goldstein & McClintock LLLP
111 W. Washington Street, Suite 1221
Chicago, Illinois 60602
Telephone: 312.337.7700
Facsimile: 312.277.2301
harleyg@goldmclaw.com

*Withdrawing Counsel for FAB Defense, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Forrest M. Via*
David C. Bowen (VSB No. 26771)
Forrest M. Via (VSB No. 98853)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
dbowen@wilsav.com
fvia@wilsav.com

*Counsel for FAB Defense, Inc. and FAB Manufacturing & Import of Industrial Equipment Ltd.*